

*Certified Trial Attorneys*

|  |  |  |
|---|---|---|
| **Michael A. Galpern, Esquire**<br>mgalpern@lawjw.com | LAUREL OAK CORPORATE CENTER<br>1000 HADDONFIELD BERLIN ROAD ~ SUITE 203<br>VOORHEES, NEW JERSEY 08043<br>PHONE: 856.596.4100<br>FAX: 856.702.6640<br>____<br>www.lawjw.com | **Mary Paula Millerick, Esquire**<br>mpmillerick@lawjw.com |
| **Geoffrey J. Smith, Esquire**<br>gsmith@lawjw.com | | **Stephen P. Burke, Esquire**<br>sburke@lawjw.com |

January 24, 2023

**Via ECF**
The Honorable Janet C. Hall
Richard C. Lee United States Courthouse
141 Church Street
New Haven, CT 06510

    RE: **Bizbudding, Inc., et al. v. 365 Data Centers Services, LLC**
       **Docket No. 3:22-cv-00715**

Dear Judge Hall:

  Enclosed please find Plaintiffs' Notice of Voluntary Dismissal without prejudice, pursuant to FRCP 41(a)(1)(A.)

  Thank you for your kind attention to this matter.

            Respectfully submitted,
           **JAVERBAUM WURGAFT HICKS KAHN**
             **WIKSTROM & SININS, P.C.**

             *s/ Michael A. Galpern*

            **MICHAEL A. GALPERN, ESQUIRE**

MAG/rs
Enclosure
cc: All counsel of record (via ECF)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BIZBUDDING, INC; PARISI SPEED SCHOOL; CORE WELLNESS, LLC; and PALEOMOM.COM, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>365 DATA CENTERS SERVICES, LLC,<br><br>Defendant. | Case No. 3:22-cv-00715<br>Hon. Janet C. Hall |

## PLAINTIFFS' NOTICE OF VOLUNARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that Plaintiffs in the above-captioned matter hereby voluntarily dismiss the above action pending in the United States District Court, District of Connecticut, without prejudice pursuant to FRCP 41(a)(1)(A).

                                                Respectfully submitted,

                                                */s/ Michael A. Galpern*
                                                Michael A. Galpern
                                                (Admitted *Pro Hac Vice)*
                                                Javerbaum, Wurgaft, Hicks, Kahn,
                                                Wikstrom & Sinins, P.C.
                                                1000 Haddonfield-Berlin Road, Suite 203
                                                Voorhees, NJ 08043
                                                Phone:  856-596-4100; Fax:  856-702-6640
                                                Email:  mgalpern@lawjw.com
                                                **GLANCY PRONGAY & MURRAY LLP**

Dated:  January 24, 2023                           /s/ *Brian Murray*
                                                BRIAN MURRAY (Juris #403197)
                                                bmurray@glancylaw.com
                                                125 W. Meadow Road,
                                                Wilton CT 06897
                                                Telephone: 212-682-5340

JOHN A. YANCHUNIS
Florida Bar No. 324681
jyanchunis@ForThePeople.com
PATRICK A. BARTHLE II
Florida Bar No. 99286
pbarthle@ ForThePeople.com

**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402

*Attorneys for Plaintiffs and putative Classes*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 24th day of January 2023, I caused the filing of the foregoing with the Clerk of Court using the CM/ECF system which will then send a notification of such filing to all counsel of record.

                                                 */s/ Michael A. Galpern*
                                                 Michael A. Galpern